3:15-cv-03152-JBM   # 18   Page 1 of 1                    **E-FILED**
                                                          Wednesday, 09 December, 2015  04:19:42 PM
                                                          Clerk, U.S. District Court, ILCD

Judgment in a Civil Case (02/11)

## UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Michael W Smith, Joshua D Warner, Kristopher P Kras, Randy J Schertz, Rex L Hulbert <br> Plaintiffs <br><br> vs. <br><br> Gregg Scott, Eric Kunkel, Kevin Winters, James Clayton, Shan Jumper, Sharlene Caraway, Joseph Hankins, David Biermann, John Ried, Sandra Simpson, Liberty Healthcare Corporation <br> Defendants | Case Number: 15-3152 |

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's 12/8/2015 Case Management Order, The Plaintiffs' case is dismissed in its entirety with prejudice for failure to prosecute with due diligence and failure to follow a court order. See Fed.R.Civ.P.41(b).

Dated:
12/9/15

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court